THE SPRINGER LUMBER CO. *vs.* HENRY H. PUTNAM.

Aroostook County. Decided June 28, 1913. The plaintiff recovered a verdict of $2,429.16 for damages sustained at its mill and boom, and in driving and hauling its logs, by reason of mill waste alleged to have been deposited in the river by the defendant, as upper riparian proprietor.

Upon motion by defendant to set aside the verdict, as against the evidence, it is *held:*

1. That the evidence justified the jury in finding the defendant liable for the damages sustained.

2. That those damages are not excessive. Motion overruled. *Hersey & Barnes and Shaw & Shaw,* for plaintiff. *E. B. Putnam, P. H. Gillin and Powers & Archibald,* for defendant.

---

ELISHA TIBBETTS *vs.* EDWARD W. MURPHY et al.

Cumberland County. Decided July 3, 1913. This is an action to recover damages for injuries received by reason of taking certain drugs by advice of a physician, which drugs were sold to him by defendant and which were different from those which he ordered. The jury returned a verdict for the defendant and the plaintiff filed a motion for a new trial. Motion overruled. *Frederick W. Hinckley,* for plaintiff. *Wilson & Bodge,* for defendants.